FILE COPY

No. 07-13-00437-CV

| | | |
|---|---|---|
| In the Interest of A.A., a Child | § | From the 108th District Court |
| | § | of Potter County |
| | § | April 2, 2014 |
| | § | Opinion by Chief Justice Quinn |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 2, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o